UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAYMOND BLOW, : | Civil No. 11-2128 (SRC) | |
| Plaintiff, : | | |
| v. : | **ORDER** | |
| PATERSON POLICE DEPARTMENT, et al, : | | |
| Defendants. : | | |

**CHESLER, District Judge**

Plaintiff has filed an application pursuant to 28 U.S.C. § 1915(a)(1) to proceed *in forma pauperis*. Based on Plaintiff's affidavit of poverty, the Court finds that Plaintiff qualifies for *in forma pauperis* status pursuant to 28 U.S.C. § 1915.

**IT IS** therefore on this 10th day of May, 2011,

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is hereby **GRANTED**; and it is further

**ORDERED** that the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue summonses and the United States Marshal shall serve the summons and a copy of the Complaint and this Order on Defendant, with all costs of service advanced by the United States.

    s/ Stanley R. Chesler    
**STANLEY R. CHESLER, U.S.D.J.**
